FILED
07 OCT 31 PM 4:46

BY: _____ pov _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury   07 CR 2975 LAB

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| SAUL TORIBIO-VILLALOBOS, | |
| Defendant. | |

The grand jury charges:

On or about August 24, 2007, within the Southern District of California, defendant SAUL TORIBIO-VILLALOBOS, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//
//

DDL:fer:San Diego
10/29/07

It is further alleged that defendant SAUL TORIBIO-VILLALOBOS, was removed from the United States subsequent to September 15, 2001.

DATED: October 31, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DAVID D. LESHNER
Assistant U.S. Attorney

2