FILED
07 OCT 31 PM 4:46

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 07CR2975LAB |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF RELATED CASE |
| SAUL TORIBIO-VILLALOBOS, | ) |
| Defendant. | ) |

TO THE CLERK OF THE COURT:

  Please take notice that the above-entitled case is related to <u>United States of America v. Saul Toribio-Villalobos</u>, Criminal Case No. 07CR2621-LAB

  DATED: October 31, 2007.

                    KAREN P. HEWITT
                    United States Attorney

                    DAVID D. LESHNER
                    Assistant U.S. Attorney

