```
 1  JOHN C. ELLIS, JR.
    California State Bar No. 228083
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, CA 92101-5008
    (619) 234-8467/Fax: (619) 687-2666
 4  E-Mail: john_ellis@fd.org

 5  Attorneys for Saul Toribio-Villalobos
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE LARRY A. BURNS)

| UNITED STATES OF AMERICA, | ) | Case No. 07Cr2975-LAB |
|---|---|---|
| Plaintiff, | ) | DATE: November 26, 2007 |
|  | ) | TIME: 2:00 p.m. |
| v. | ) |  |
|  | ) | NOTICE OF MOTIONS AND MOTIONS TO: |
|  | ) |  |
|  | ) | 1) DISMISS INDICTMENT; |
|  | ) | 2) STRIKE SURPLUSAGE FROM THE INDICTMENT; |
| SAUL TORIBIO-VILLALOBOS, | ) | 3) PRODUCE GRAND JURY TRANSCRIPTS; |
| Defendant. | ) | 4) SUPPRESS STATEMENTS; |
|  | ) | 5) COMPEL DISCOVERY AND PRESERVE EVIDENCE; AND |
|  | ) | 6) GRANT LEAVE TO FILE FURTHER MOTIONS |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
    DAVID LESHNER, ASSISTANT UNITED STATES ATTORNEY:

**PLEASE TAKE NOTICE** that, on Monday, November 26, 2007, at 2:00pa.m., or as soon thereafter as counsel may be heard, the accused, Javier Sanchez-Gonzalez, by and through his attorneys, John C. Ellis, Jr., and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions listed below.

/ / /

/ / /

/ / /

/ / /

**MOTIONS**

Saul Toribio-Villalobos, the accused in this case, by and through his attorneys, John C. Ellis, Jr., and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an Order:

1) To Dismiss Indictment
2) To Strike Surplusage from the Indictment;
3) To Produce Grand Jury Transcripts;
4) To Suppress Statements;
5) To Compel Discovery and Preserve Evidence, and
6) To Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

DATED:   November 5, 2007

/s/ John C. Ellis, Jr.
JOHN C. ELLIS, JR.
Federal Defenders of San Diego, Inc.
Attorneys for Saul Toribio-Villalobos
john_ellis@fd.org