UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                           )<br>                    Plaintiff,           )<br>                                                           )<br>v.                                                       )<br>                                                           )<br>SAUL TORIBIO-VILLALOBOS,   )<br>                                                           )<br>                    Defendant.       )<br>_____) | Case No. 07cr2975-LAB<br><br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Motions and Motions has been electronically served this day upon:

    David Leshner, Assistant United States Attorney
    880 Front Street
    San Diego, CA  92101

Dated: November 5, 2007

      /s/ John C. Ellis, Jr.
    JOHN C. ELLIS, JR.
    Federal Defenders
    225 Broadway, Suite 900
    San Diego, CA 92101-5030
    (619) 234-8467  (tel)
    (619) 687-2666  (fax)
    E-mail: john_ellis@fd.org