UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07cr2975-LAB |
| | ) | |
| v. | ) | |
| | ) | |
| SAUL TORIBIO-VILLALOBOS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to

the best of his information and belief, and that a copy of the foregoing Defendant's Notice of

Appearance has been electronically served this day upon:

David Leshner
United States Attorney's Office
880 Front Street
San Diego, CA  92101

Dated:  December 31, 2007                    /s/  John  C.  Ellis, Jr.
                                                        JOHN C. ELLIS, JR.
                                                        Federal Defenders
                                                        225 Broadway, Suite 900
                                                        San Diego, CA 92101-5030
                                                        (619) 234-8467  (tel)
                                                        (619) 687-2666  (fax)
                                                        john_ellis@fd.org