1 **JOHN C. ELLIS, JR.**
California State Bar No. 228083
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: john_ellis@fd.org

5 Attorneys for Saul Toribio-Villalobos

6

7

8                  UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| 11 UNITED STATES OF AMERICA,             ) | Case No. 07CR2975-LAB |
| 12          Plaintiff,             ) | DATE:  January 7, 2008 |
|             ) | TIME:  2:00 p.m. |
| 13 v.             ) | |
|             ) | NOTICE OF MOTIONS *IN LIMINE* AND |
| 14             ) | MOTIONS *IN LIMINE* TO: |
| 15             ) | (1) EXCLUDE EVIDENCE FOR FAILURE TO COMPLY WITH FEDERAL RULE OF CRIMINAL PROCEDURE 16; |
| 16 SAUL TORIBIO-VILLALOBOS,             ) | |
|             ) | (2) PRECLUDE 404(b) AND 609 EVIDENCE; |
| 17          Defendant.             ) | (3) PRECLUDE DEPORTATION DOCUMENTS AS EVIDENCE OF ALIENAGE; |
| 18             ) | |
|             ) | (4) COMPEL INSPECTION OF CERTIFIED DOCUMENTS PRE-TRIAL; |
| 19             ) | |
|             ) | (5) PRECLUDE THE "A-FILE CUSTODIAN" FROM TESTIFYING ABOUT IMMIGRATION PROCEEDINGS; |
| 20             ) | |
| 21             ) | (6) PRECLUDE THE "A-FILE CUSTODIAN" FROM TESTIFYING ABOUT DATABASE SEARCHES; |
| 22             ) | |
|             ) | (7) ALLOW IMPEACHMENT OF ALL HEARSAY DECLARANTS; AND |
| 23             ) | |
|             ) | (8) GRANT LEAVE TO FILE FURTHER MOTIONS. |
| 24             ) | |
| 25             ) | |
| 26 _____ ) | |

27 TO:     KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
              DAVID KATZ, ASSISTANT UNITED STATES ATTORNEY:

28

|   |   |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that, on Monday, January 7, 2008, at 2:00pa.m., or as soon thereafter |
| 2 | as counsel may be heard, the accused, Saul Toribio-Villalobos, by and through his attorneys, John C. Ellis, |
| 3 | Jr., and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions listed |
| 4 | below. |

## MOTIONS

Saul Toribio-Villalobos, the accused in this case, by and through his attorneys, John C. Ellis, Jr., and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an Order:

1) Exclude Evidence for Failure to Comply with Federal Rule of Criminal Procedure 16;
2) Preclude 404(b) and 609 Evidence;
3) Preclude Deportation Documents as Evidence of Alienage;
4) Compel Inspection of Certified Documents Pre-trial;
5) Preclude the "A-file Custodian" from Testifying about Immigration Proceedings;
6) Preclude the "A-file Custodian" from Testifying about Database Searches;
7) Allow Impeachment of All Hearsay Declarants; and
8) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

DATED: December 31, 2007          */s/ John C. Ellis, Jr.*
**JOHN C. ELLIS, JR.**
Federal Defenders of San Diego, Inc.
Attorneys for Saul Toribio-Villalobos
john_ellis@fd.org