1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**INDEX OF EXHIBITS**

<u>United States v. Saul Toribio-Villalobos</u>

07cr2975-LAB

Exhibit A  . . . . . . . . . . . . . . . . E-mail to AUSA David Katz (November 27, 2007)

Exhibit B  . . . . . . . . . . .   E-mail to AUSA Eugene Litvinoff (December 28, 2007)

# EXHIBIT A

**John Ellis/CASG/09/FDO**          To    david.katz@usdoj.gov
11/27/2007 02:09 PM                 cc
                                    bcc
                               Subject    UNITED STATES v. SAUL TORIBIO-VILLALOBOS,
                                          07CR2621-LAB

November 27, 2007


David Katz
Assistant United States Attorney
880 Front Street
San Diego, CA   92101

**RE:**     **Request to View A-File**
            **UNITED STATES v. SAUL TORIBIO-VILLALOBOS**, 07CR2621-LAB

Dear Mr. Katz:

I am writing to request an opportunity to view Mr. Toribio-Villalobos' A-file.  As you are aware,
trial is currently set for January 8, 2008, and all further motions are due on January 2, 2008.
Accordingly, I am requesting to view Mr. Toribio-Villalobos' A-file as soon as possible.  Please
contact me if you have any questions regarding this request.

Sincerely,

/s/

John C. Ellis, Jr
Trial Attorney
Federal Defenders of San Diego Inc.
225 Broadway Suite 900
San Diego, CA 92101
(619) 234-8467 - Office
(619) 687-2666 - Fax
John_Ellis@fd.org
http://www.fdsdi.com

This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the
addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee
or agent responsible for delivering it to the intended recipient, you are hereby notified that any
dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error,
please notify us by reply e-mail. Thank you for your cooperation.

# EXHIBIT B

John Ellis/CASG/09/FDO          To  Eugene.Litvinoff2@usdoj.gov
12/28/2007 08:19 AM             cc

                                bcc

                            Subject  Sal Toribio

Mr. Litvinoff,

I am writing your office to once again request an opportunity to view Mr. Toribio's A-file.  It is my understanding David Katz, the assistant assigned to this case, is out of town and that you are handling this case for him.  Trial in this case is currently set for January 8th.  Yesterday, I finally received documents from Mr. Toribio's A-file.  In order to ensure that you complied with your discovery obligations, and to inspect these documents under the provisions of Rule 16, I am requesting that Mr. Toribio's A-file be made available as soon as possible, preferably today.  Please let me know as soon as possible when the a-file will be available for my inspection.

Best wishes,

/s/

John C. Ellis, Jr
Trial Attorney
Federal Defenders of San Diego Inc.
225 Broadway Suite 900
San Diego, CA 92101
(619) 234-8467 - Office
(619) 687-2666 - Fax
John_Ellis@fd.org
http://www.fdsdi.com

This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail. Thank you for your cooperation.