**JOHN C. ELLIS, JR.**
California State Bar No. 228083
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: john_ellis@fd.org

Attorneys for Saul Toribio-Villalobos

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 07CR2621-LAB |
| Plaintiff, | ) DATE:      January 7, 2008 |
| | ) TIME:      2:00 p.m. |
| v. | ) |
| | ) NOTICE OF SUPPLEMENTAL MOTION AND |
| | ) SUPPLEMENTAL MOTION TO: |
| | ) |
| | ) 1)      PRODUCE GRAND JURY |
| | )          TRANSCRIPTS; |
| SAUL TORIBIO-VILLALOBOS, | ) |
| Defendant. | ) |
| | ) |
| | ) |
| _____ ) |

TO:      KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
          DAVID KATZ, ASSISTANT UNITED STATES ATTORNEY:

          **PLEASE TAKE NOTICE** that, on Monday, January 7, 2008, at 2:00pa.m., or as soon thereafter

as counsel may be heard, the accused, Javier Sanchez-Gonzalez, by and through his attorneys, John C. Ellis,

Jr., and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions listed

below.

/ / /

/ / /

/ / /

## **MOTIONS**

Saul Toribio-Villalobos, the accused in this case, by and through his attorneys, John C. Ellis, Jr., and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an Order:

      1)    To Produce Grand Jury Transcripts.

This Supplemental Motion is based upon the instant motion and notice of motion, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

DATED:      December 31, 2007              */s/ John C. Ellis, Jr.*

**JOHN C. ELLIS, JR.**
Federal Defenders of San Diego, Inc.
Attorneys for Saul Toribio-Villalobos
john_ellis@fd.org