UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07CR2975-LAB |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| SAUL TORIBIO-VILLALOBOS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Supplemental Motion and Supplemental Motion has been electronically served this day upon:

> David Katz, Assistant United States Attorney
> 880 Front Street
> San Diego, CA 92101

Dated: December 31, 2007         /s/ John C. Ellis, Jr.
JOHN C. ELLIS, JR.
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
E-mail: john_ellis@fd.org