AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 1 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

SAUL TORIBIO-VILLALOBOS

WAIVER OF INDICTMENT

CASE NUMBER: 07CR 2621-LAB

I, SAUL TORIBIO-VILLALOBOS, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 (m.s demean~r) and 8 USC § 1325 (felony) being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 1/10/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER